# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: MARIA MILAGROS ROMAN GONZALEZ

Bkrtcy. No. 11-08096-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Sep 22, 2011
Meeting Date: Oct 26, 2011
DC Track No. 13

Days from petition date: 34
Meeting Time: 11:00 AM

910 Days before Petition: 3/26/2009
☐ Chapter 13 Plan Date: Sep 22, 2011 Dkt.# 2  ☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $12,000.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Nov 18, 2011   Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No.   Date   Amount
Total Paid In: $0.00

**I. Appearances:**
☑ Debtor Present  ☐ Telephone  ☐ Video Conference
☑ ID & Soc. OK  ☐ Debtor Absent
☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined  ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present  ☐ Not Present
☐ Substitute attorney:  ☐ Pro-se.

☑ Creditor(s) present:  ☐ None.
FB - Jiménez.

**II.** Attorneys Fees as per R 2016(b) Statement  Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00  Paid Pre-Petition: $0.00  Outstanding: $3,000.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss: ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☑ Under  ☐ Above Median Income.  Liquidation Value: $21,198.00
Commitment Period is ☑ 36  ☐ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: n/a

$3.50% The Trustee  ☐ RECOMMENDS  ☑ OBJECTS  Plan confirmation.
§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☑ CLOSED  ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
☑ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☑ Fails Creditor's Best Interest Test §1325(A)(4)
☑ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
1) Debtor must first payment to the Trustee within 10 days.
2) Debtor must submit evidence of being current with mortgage payments. Debtor said she is in post-petition arrears.
3) Inheritance property is located in Parcelas Marques, Manati. 4 bed/1 bath. Concrete house. Debtor must amend schedule B to reflect this description and submit evidence

/s/ José R. Carrión
Trustee
Presiding Officer
Page 1 of 2
Date: Oct 26, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

of value assigned to said property.

4) Debtor must amend Schedule B to include bank account w/ Scotiabank and shares w/ Coop. Vega baja etc.

5) Liquidation value should be $2,285.00 if 522(d)(1) exemption is taken. As s/now, liquidation value is $21,498.00 and plan is insufficiently funded.

6) Disposable income is $225.00 in Schedule J. Plan states that monthly pmt is $200.00. Debtor has medical expenses of $25.00 more than listed and will amend Schedule J accordingly.

Trustee / Presiding Officer        Page 2 of 2        Date: 10/25/2011